UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. 21-CR-597** |
| | : | |
| **v.** | : | **Violations** |
| | : | 21 U.S.C. §§ 959(a), 960, and 963 |
| **JAVIER ALGREDO VAZQUEZ,** | : | (Conspiracy to Manufacture and |
| **also known as "Men,"** | : | Distribute Five Hundred Grams or More |
| | : | of Methamphetamine for Importation into |
| **Defendant.** | : | the United States) |
| | : | |
| | : | 21 U.S.C. §§ 959(b), 960, and 963 |
| | : | (Conspiracy to Distribute a Listed |
| | : | Chemical for the Manufacture or |
| | : | Unlawful Importation of a Controlled |
| | : | Substance) |
| | : | |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : | |
| | : | 18 U.S.C. §§ 1956(a)(2)(A) and (h) |
| | : | (Conspiracy to Launder Monetary |
| | : | Instruments) |
| | : | |
| | : | **Forfeiture** |
| | : | 21 U.S.C. §§ 853 and 970 |
| | : | 18 U.S.C. § 982(a)(1) |
| | : | 28 U.S.C. § 2261 |

**BILL OF PARTICULARS FOR FORFEITURE**

1.      The United States of America files this Bill of Particulars for the forfeiture

allegations in the Indictment pending against the Defendant, Javier Algredo Vazquez, also

known as "Men" ("Defendant").

2.      The Indictment provides notice that as a result of the offenses alleged in Counts

One and Two, the United States, pursuant to 21 U.S.C. §§ 853 and 970, will seek the forfeiture

of all property constituting or derived from any proceeds the Defendant obtained directly or

indirectly as the result of these offenses and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of these offenses.  Dkt. No. 8.  The Indictment further provides notice that as a result of the offense alleged in Count Three, the United States, pursuant to 18 U.S.C. § 982(a)(1), will seek forfeiture of any property, real or personal, involved in this offense, and any property traceable to such property.  *Id*.  The Indictment further provides notice that if any of the forfeitable property, as a result of any act or omission of the Defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to 21 U.S.C. § 853(p), will seek forfeiture of any other property of the defendant up to the value of the forfeitable property.  *Id*.

       3.      This Bill of Particulars gives notice that upon conviction of the offenses alleged in Counts One through Three of the Indictment the property subject to forfeiture also includes the following:

      a.  22,999.86 kilograms of oxalic acid, FP&F Case No. 2021-5301-900012-01, seized by Homeland Security Investigations (HSI) during a border search at the Port of Houston, on or about February 25, 2021;

      b.  24,518.93 kilograms of methylamine hydrochloride, FP&F Case No. 2021-2811-000014-01, seized by HSI during a border search at the Port of Oakland, on or about June 8, 2021;

c.  44,400 kilograms of acetic acid, FP&F Case No. 2021-5201-000599-01,

seized by Customs and Border Protection during a border search at the Miami

Seaport, on or about September 21, 2021, and subsequently transferred to HSI

on November 22, 2021, FP&F Case No. 2021-5201-000618-01.


Respectfully submitted,

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice


By:  _____
KAITLIN J. SAHNI
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917