| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | X | VS. | | Civil/Criminal No. 21-CR-597 | |
| Plaintiff | | | | | |
| Defendant | | Javier Algredo Vazquez | | **FILED** | |
| Joint | | | | JUL 26 2023 | |
| Court | | | | Clerk, U.S. District and Bankruptcy Courts | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 ✓ | Carlos Algredo Vazquez Photo | 7/18/2023 | 7/18/2023 | Jesus Contreras Arceo | 7/26/2023 1:15PM |
| 2 ✓ | Francisco Pulido Coracero Photo | 7/18/2023 | 7/18/2023 | Jesus Contreras Arceo | |
| 3 | Mexican Wiretap Warrant & Preservation Order for 552971126 and 3328321338 | | | Salvador Dominguez Perez | |
| 3A | Mexican Wiretap Warrant & Preservation Order for 552971126 and 3328321338 translated | | | Salvador Dominguez Perez | |
| 4 | Mexican Wiretap Warrant for 552971126 and 3328321338 | | | Salvador Dominguez Perez | |
| 4A | Mexican Wiretap Warrant for 552971126 and 3328321338 translated | | | Salvador Dominguez Perez | |
| 5 | Mexican Wiretap Preservation Order for 552971126 and 3328321338 | | | Salvador Dominguez Perez | |
| 5A | Mexican Wiretap Preservation Order for 552971126 and 3328321338 translated | | | Salvador Dominguez Perez | |
| 6A | MX MLAT Chain of Custody Documents | | | Salvador Dominguez Perez | |
| 6B | MX MLAT Chain of Custody Documents | | | Salvador Dominguez Perez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7 | Mexican MLAT Wiretap Disc-1A | | | Salvador Dominguez Perez | |
| 8 | Mexican MLAT Wiretap Disc-2A | | | Salvador Dominguez Perez | |
| 9 | Mexican MLAT Wiretap Disc-3A | | | Salvador Dominguez Perez | |
| 10 | Mexican MLAT Wiretap Disc-4A | | | Salvador Dominguez Perez | |
| 11 | Mexican MLAT Wiretap Disc-5A | | | Salvador Dominguez Perez | |
| 12 | Mexican MLAT Wiretap Disc-6A | | | Salvador Dominguez Perez | |
| 13 | Mexican MLAT Wiretap Disc-7A | | | Salvador Dominguez Perez | |
| 14 | Mexican MLAT Wiretap Disc-8A | | | Salvador Dominguez Perez | |
| 15 | Mexican MLAT Wiretap Disc-9A | | | Salvador Dominguez Perez | |
| 16 | Mexican MLAT Wiretap Disc-10A | | | Salvador Dominguez Perez | |
| 17 | Mexican MLAT Wiretap Disc-11A | | | Salvador Dominguez Perez | |
| 18 | Mexican MLAT Wiretap Disc-12A | | | Salvador Dominguez Perez | |
| 19 | Mexican MLAT Wiretap Disc-13A | | | Salvador Dominguez Perez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 20 | Mexican MLAT Wiretap Disc-Copia 1A | | | Salvador Dominguez Perez | |
| 21 | Mexican MLAT Wiretap Disc-Copia 2A | | | Salvador Dominguez Perez | |
| 22 | Mexican MLAT Wiretap Disc-Copia 4B | | | Salvador Dominguez Perez | |
| 23 | Mexican MLAT Wiretap Disc-Copia 5A | | | Salvador Dominguez Perez | |
| 24 | Mexican MLAT Wiretap Disc-Copia 6A | | | Salvador Dominguez Perez | |
| 25 | Mexican MLAT Wiretap Disc-Copia 7A | | | Salvador Dominguez Perez | |
| 26 | Mexican MLAT Wiretap Disc-Copia 8A | | | Salvador Dominguez Perez | |
| 27 | Mexican MLAT Wiretap Disc-Copia 9A | | | Salvador Dominguez Perez | |
| 28 | Mexican MLAT Wiretap Disc-Copia 10A | | | Salvador Dominguez Perez | |
| 29 | Mexican MLAT Wiretap Disc-Copia 11A | | | Salvador Dominguez Perez | |
| 30 | WhatsApp Extraction Disc | | | Diana Wu | |
| ✓ 31 | Disc of select Mexican Wiretap Intercepts | 7/19/2023 | 7/19/2023 | Salvador Dominguez Perez | |
| 32 | Disc of Mexican Wiretap Translations | | | Judi O'Brien | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 33 | Disc of Spanish-language Written Exhibits | | | Judi O'Brien | |
| 34 | Disc of Spanish-language Exhibit Translations | | | Judi O'Brien | |
| 35 ✓ | Certificate of Incorporation Pro Chemie New York | 7/19/2023 | 7/19/2023 | Kevin Novick ALEXANDER RUIZ | |
| 36 ✓ | Certificate of Change Pro Chemie New York | 7/19/2023 | 7/19/2023 | Kevin Novick ALEXANDER RUIZ | |
| 37 ✓ | Carlos Algredo Vazquez Visa Application | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| 37A ✓ | Carlos Algredo Vazquez Visa Application Translation | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| 38 ✓ | Business Incorporation Registration MB Barter & Trading | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| 38A ✓ | Business Incorporation Registration MB Barter & Trading Translation | 7/19/2023 | | Kevin Novick | |
| 39 ✓ | Signed Statement of Carlos Algredo Vazquez | 7/19/2023 | | Kevin Novick | |
| 39A ✓ | Signed Statement of Carlos Algredo Vazquez Translation | 7/19/2023 | ↓ | Kevin Novick J. BOZENKO | |
| 40 | Mexico MLAT Apostille | | | Kevin Novick | |
| 41 ✓ | 5529711226_20201006_112855_671_000340.wav | 7/19/2023 | 7/19/2023 | Kevin Novick SALVADOR DOMINGO PEREZ | |
| 41A ✓ | 5529711226_20201006_112855_671_000340 TRANSCRIPT | ↓ | ↓ | Kevin Novick SALVADOR D. PEREZ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 42 ✓ | 5529711226_20200929_095707_570_000117.wav | 7/19/2023 | 7/19/2023 | Kevin Novick  SALVADOR PEREZ | |
| ✓ 42A | 5529711226_20200929_095707_570_000117 TRANSCRIPT | ↓ | ↓ | Kevin Novick | |
| ✓ 43 | 5529711226_20200929_172452_583_000617.wav | 7/18/2023 | 7/19/2023 | Kevin Novick  JESUS CONTRERAS ARCEO  SALVADOR D. PEREZ | |
| ✓ 43A | 5529711226_20200929_172452_583_000617 TRANSCRIPT | 7/19/2023 | 7/19/2023 | Kevin Novick  SALVADOR PEREZ | |
| ✓ 44 | 5529711226_20200930_183722_607_000503.wav | 7/18/2023 | 7/19/2023 | Kevin Novick  JESUS CONTRERAS ARCEO  SALVADOR D. PEREZ | |
| ✓ 44A | 5529711226_20200930_183722_607_000503 TRANSCRIPT | 7/19/2023 | 7/19/2023 | Kevin Novick  SALVADOR PEREZ | |
| ✓ 45 | 5529711226_20201008_132702_695_000625.wav | | | Kevin Novick | |
| ✓ 45A | 5529711226_20201008_132702_695_000625 TRANSCRIPT | ↓ | ↓ | Kevin Novick | |
| ✓ 46 | 5529711226_20210106_103750_2162_001813.wav | 7/18/2023 | 7/19/2023 | Kevin Novick  JESUS CONTRERAS ARCEO  SALVADOR D. PEREZ | |
| ✓ 46A | 5529711226_20210106_103750_2162_001813_TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick  SALVADOR D. PEREZ | |
| ✓ 47 | 5529711226_20210106_110514_2163_000916.wav | 7/18/2023 | 7/19/2023 | Kevin Novick  JESUS CONTRERAS ARCEO  SALVADOR D. PEREZ | |
| ✓ 47A | 5529711226_20210106_110514_2163_000916_TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick  SALVADOR PEREZ | |
| ✓ 48 | 5529711226_20210106_125803_2168_000517.wav | ↓ | ↓ | Kevin Novick  SALVADOR PEREZ | |

Case 1:21-cr-00597-BAH   Document 118-1   Filed 07/26/23   Page 6 of 19

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 48A | 5529711226_20210106_125803_2168_000517_TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick / SALVADOR DOMINGUEZ PEREZ | |
| ✓ 49 | 5529711226_20210107_153313_2196_000938.wav | ↓ | ↓ | Kevin Novick / SALVADOR DOMINGUEZ PEREZ | |
| ✓ 49A | 5529711226_20210107_153313_2196_000938 TRANSCRIPT.pdf | ↓ | ↓ | Kevin Novick / SALVADOR D. PEREZ | |
| ✓ 50 | 5529711226_20210108_141213_2237_000613.wav | 7/18/2023 | 7/19/2023 | Kevin Novick / JESUS CONTRERAS ARCEO / SALVADOR P. PEREZ | |
| ✓ 50A | 5529711226_20210108_141213_2237_000613 TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick / SALVADOR P. PEREZ | |
| ✓ 51 | 5529711226_20210109_050142_2252_000346.wav | 7/18/2023 | 7/19/2023 | Kevin Novick / JESUS CONTRERAS ARCEO / SALVADOR P. PEREZ | |
| ✓ 51A | 5529711226_20210109_050142_2252_000346 TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick / SALVADOR P. PEREZ | |
| ✓ 52 | 5529711226_20210109_091743_2253_000738.wav | 7/18/2023 | 7/19/2023 | Kevin Novick / JESUS CONTRERAS ARCEO | |
| ✓ 52A | 5529711226_20210109_091743_2253_000738 TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick / SALVADOR PEREZ | |
| ✓ 53 | 5529711226_20210110_162721_2283_001739.wav | | | Kevin Novick / SALVADOR PEREZ | |
| ✓ 53A | 5529711226_20210110_162721_2283_001739 TRANSCRIPT.pdf | | | Kevin Novick / SALVADOR PEREZ | |
| ✓ 54 | 5529711226_20210114_095546_2383_000134.wav | | | Kevin Novick / SALVADOR P. PEREZ | |
| ✓ 54A | 5529711226_20210114_095546_2383_000134 TRANSCRIPT.pdf | ↓ | ↓ | Kevin Novick / SALVADOR P. PEREZ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 55 | 5529711226_20210810_183401_247_000759.wav | 7/18/2023 | 7/19/2023 | Kevin Novick, JESUS CONTRERAS ARCEO, SALVADOR P. PEREZ | |
| 55A | 5529711226_20210810_183401_247_000759 TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick, SALVADOR D. PEREZ | |
| 56 | 5529711226_20210813_120342_291_001304.wav | | | Kevin Novick, SALVADOR D. PEREZ | |
| 56A | 5529711226_20210813_120342_291_001304 TRANSCRIPT.pdf | | | Kevin Novick, SALVADOR D. PEREZ | |
| 57 | 5529711226_20210813_121800_292_001409.wav | | | Kevin Novick, SALVADOR P. PEREZ | |
| 57A | 5529711226_20210813_121800_292_001409 TRANSCRIPT.pdf | | | Kevin Novick, SALVADOR P. PEREZ | |
| 58 | 5529711226_20210816_110556_341_004404.wav | 7/18/2023 | 7/19/2023 | Kevin Novick, JESUS CONTRERAS ARCEO, SALVADOR P. PEREZ | |
| 58A | 5529711226_20210816_110556_341_004404_TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick, SALVADOR P. PEREZ | |
| 59 | 3328321338_20211203_144117_1643_000249.wav | 7/18/2023 | 7/19/2023 | Kevin Novick, JESUS CONTRERAS ARCEO, SALVADOR P. PEREZ | |
| 59A | 3328321338_20211203_144117_1643_000249 TRANSCRIPT.pdf | 7/19/2023 | 7/19/2023 | Kevin Novick, SALVADOR P. PEREZ | |
| 60 | 5529711226_20211203_144123_2270_000243.wav | | | Kevin Novick, SALVADOR P. PEREZ | |
| 60A | 5529711226_20211203_144123_2270_000243 TRANSCRIPT.pdf | | | Kevin Novick, SALVADOR P. PEREZ | |
| 61 | Disc Containing 1,599 Seized javijavi43@yahoo.com Emails (Originals) | 7/19/2023 | 7/19/2023 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 62 | Email 00011141-00011143 | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 63A | Email 00011910 | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 63B | Email 00011910 Translation | ↓ | ↓ | Kevin Novick | |
| ✓ 63C | Email 00011910 Attachments | ↓ | ↓ | Kevin Novick | |
| ✓ 64 | Summary Chart Showing Frequency of Contact Between Carlos and Javier | | | Kevin Novick | |
| ✓ 65A | Email 00012675 | | | Kevin Novick | |
| ✓ 65B | Email 00012675 Translation | ↓ | ↓ | Kevin Novick | |
| ✓ 66A | Email 00011699 | 7/20/2023 | ↓ | Kevin Novick | |
| ✓ 66B | Email 00011699 Translation | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 66C | Email 00011699 Attachments | 7/20/2023 | | Kevin Novick | |
| ✓ 67A | Email 00012873 | 7/20/2023 | ↓ | Kevin Novick | |
| ✓ 67B | Email 00012873 Translation | | 7/20/2023 | Kevin Novick | |
| ✓ 67C | Email 00012873 Attachment | ↓ | ↓ | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 68-80 | Photos of Feb. 25, 2021 Seizure of Oxalic Acid | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 81A | Email 00011453 | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 81B | Email 00011453 Translation | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 81C | Email 00011453 Attachment | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 82A | Email 00012722 | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 82B | Email 00012722 Translation | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 82C | Email 00012722 Attachments | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 83-97 | Photos of Sept. 21, 2021 Seizure of Acetic Acid | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| 98-108 | Photos of Dec. 14, 2021 Seizure of Acetic Acid | | | Kevin Novick | |
| 109-117 | Photos of Jan. 10, 2022 Seizure of Acetic Acid | | | Kevin Novick | |
| ✓ 118A | Email 00012030 | 7/19/2023 | 7/19/2023 | Kevin Novick JAVIER ALGREDO | |
| ✓ 118B | Email 00012030 Translation | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 118C | Email 00012030 Attachments | 7/19/2023 | ↓ | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 18D | Email 00012030 Attachment Translation of First Page | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 119-128 127 | Photos of June 8, 2021 Seizure of Methylamine | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| 129 | Video of June 8, 2021 Seizure of Methylamine | | | Kevin Novick | |
| ✓ 130 | Physical Chemical Samples | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| 131 | Summary Chart of Methylamine Emails | | | Kevin Novick | |
| ✓ 132 | Summary Chart of Quantities of Chemicals | 7/20/2023 | 7/20/2023 | Kevin Novick J. BOZENKO DR. DUDLEY | |
| ✓ 133 | September 25, 2017 Whatsapp Messages w/ Carlos/Cell | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 134 | December 14, 2017 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 135 | January 22, 2018 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 136 | February 1, 2018 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 137 | December 27, 2018 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 138 | February 27, 2019 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 139 | March 1, 2019 Whatsapp Messages w/ Carlos/Cell | ↓ | ↓ | Kevin Novick LORENA ALGREDO | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 140 | June 4, 2019 Whatsapp Messages w/ Carlos/Cell | 7/19/2023 | 7/19/2023 | Kevin Novick | |
| ✓ 141 | July 3, 2019 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 142 | July 10, 2019 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 143 | October 9, 2019 Whatsapp Messages w/ Eder Gerardo Barron | | | Kevin Novick | |
| ✓ 144 | October 10-12, 2019 Whatsapp Messages w/ Eder Gerardo Barron | | | Kevin Novick | |
| ✓ 145 | December 19, 2019 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 146 | January 27, 2020 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 147 | March 12-16, 2020 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 148 | June 2, 2020 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 149 | June 22, 2020 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 150 | June 23, 2020 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| ✓ 151 | July 8, 2020 Whatsapp Messages w/ Alex(Rambo) | | | Kevin Novick | |
| ✓ 152 | August 27, 2020 Whatsapp Messages w/ Alex(Rambo) | ↓ | ↓ | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 153 | January 17, 2021 Whatsapp Messages w/ Carlos/Cell | 7/19/2023 | 7/19/2026 | Kevin Novick | |
| 154 | June 7, 2021 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| 155 | July 12-21, 2021 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| 156 | September 20, 2021 Whatsapp Messages w/ Carlos/Cell | | | Kevin Novick | |
| 157 | Methylamine HCL Bill of Lading ("BOL") - June 2021 Seizure | 7/20/2023 | 7/20/2023 | Doug Miller | |
| 158 | Methylamine HCL Invoice - June 2021 Seizure | 7/20/2023 | 7/20/2023 | Doug Miller | |
| 159 | Oxalic Acid BOL - August 2021 Seizure | 7/20/2023 | 7/20/2023 | Doug Miller | |
| 160 | Citric Acid BOL - August 2021 Seizure | 7/20/2023 | 7/20/2023 | Doug Miller ADRIAN OWENS | |
| 161 | Acetic Acid BOL - September 2021 Seizure | 7/20/2023 | 7/20/2023 | Doug Miller | |
| 162 | Benzyl Alcohol Shipping Documents & Invoice - March 2021 | | | Doug Miller | |
| 163 | Methyl Thioglycolate Invoice - March 2021 | | | Doug Miller | |
| 164 | Piperidone HCL Invoice & BOL - December 2020 | | | Doug Miller | |
| 165 | Email Confirming DC Meeting - September 2021 | | | Doug Miller | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 166 | Photo of August 23, 2021 Seizure | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 167 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 168 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 169 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 170 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 171 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 172 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 173 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 174 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 175 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 176 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 177 | Photo of August 23, 2021 Seizure | | | Adrian Owens | |
| 178 | Photo of August 23, 2021 Seizure | ↓ | ↓ | Adrian Owens | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 179 | Physical Drug Sample 1 | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 180A | Email 00011650 | 7/19/2023 | 7/19/2023 | Adrian Owens | |
| 180B | Email 00011650 Translation | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 180C | Email 00011650 Attachment | 7/19/2023 | 7/19/2023 | Adrian Owens | |
| 181A | Email 00012776 | ↓ | ↓ | Adrian Owens | |
| 181B | Email 00012776 Translation | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 181C | Email 00012776 Attachment | ↓ | ↓ | Adrian Owens | |
| 182 | Photo of August 25, 2021 Seizure | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 183 | Photo of August 25, 2021 Seizure | | | Adrian Owens | |
| 184 | Photo of August 25, 2021 Seizure | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 185 | Photo of August 25, 2021 Seizure | | | Adrian Owens | |
| 186 | Photo of August 25, 2021 Seizure | | | Adrian Owens | |
| 187 | Photo of August 25, 2021 Seizure | ↓ | ↓ | Adrian Owens | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 188 | Photo of August 25, 2021 Seizure | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| ✓ 189 | Photo of August 25, 2021 Seizure | ↓ | ↓ | Adrian Owens | |
| ✓ 190 | Photo of August 25, 2021 Seizure | ↓ | ↓ | Adrian Owens | |
| ✓ 191 | Summary Chart of Number of Shipments per Destination | 7/20/2023 | 7/20/2023 | Kevin Novick | |
| ✓ 192 | Summary Chart of Personal Tax Records | 7/21/2023 | 7/21/2023 | Kelly Chang / LORENA ALGREDO / ALEXANDER RUIZ | |
| ✓ 193 | Summary Chart of Pro Chemie New York Tax Records | 7/21/2023 | 7/21/2023 | Kelly Chang | |
| ✓ 194 | Summary Chart of Cash Deposits | 7/25/2023 | 7/25/2023 | Kelly Chang / ALEXANDER RUIZ | |
| ✓ 195 | Physical Drug Sample 2 | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 196-202 | Photos of August 30, 2021 Seizure | | | Adrian Owens | |
| 203-213 | Photos of September 1, 2021 Seizure | | | Adrian Owens | |
| 214 | Consent to Search | | | Adrian Owens | |
| ✓ 215 | Documents Found on the Defendant's Person | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| ✓ 216 | The Defendant's Cellular Telephone | 7/20/2023 | 7/20/2023 | Adrian Owens | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 217 | Waiver of Miranda Rights | | | Adrian Owens | |
| 218 | Photograph of Check | 7/20/2023 | 7/20/2023 | Adrian Owens | |
| 219 | Lab Report for Exhibit #11a-bb | | | Dean Kirby | |
| 220 | Bank of America Certification #1 | 7/20/2021 | 7/20/2021 | Kelly Chang | |
| 221 | Disc of Bank of America Records #1 | 7/20/2021 | 7/20/2021 | Kelly Chang | |
| 226A | Email 00018550 | 7/19/2021 | 7/19/202 | Kelly Chang | |
| 226B | Email 00018550 Translation | 7/20/2021 | 7/20/2021 | Kelly Chang | |
| 226C | Email 00018550 Attachment | 7/19/2021 | 7/19/2021 | Kelly Chang | |
| 227A | Email 00010883 | 7/19/2021 | 7/19/2021 | Kelly Chang | |
| 227B | Email 00010883 Translation | 7/20/2021 | 7/20/2021 | Kelly Chang | |
| 227C | Email 00010883 Attachment | 7/19/2023 | 7/19/2021 | Kelly Chang | |
| 228A | Email 00011659 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| 228B | Email 00011659 Translation | | | Kelly Chang | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 228C | Email 00011659 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 229A | Email 00011334 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 229B | Email 00011334 Translation | 7/20/2021 | 7/20/2021 | Kelly Chang | |
| ✓ 229C | Email 00011334 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 230A | Email 00012889 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| 230B | Email 00012889 Translation | | | Kelly Chang | |
| ✓ 230C | Email 00012889 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 231A | Email 00012021 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 231B | Email 00012021 Translation | 7/20/2021 | 7/20/2023 | Kelly Chang | |
| ✓ 231C | Email 00012021 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 232A | Email 00011889 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| 232B | Email 00011889 Translation | | | Kelly Chang | |
| ✓ 232C | Email 00011889 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 233A | Email 00011988 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 233B | Email 00011988 Translation | 7/20/2023 | 7/20/2023 | Kelly Chang | |
| ✓ 233C | Email 00011988 | 7/20/2023 | 7/20/2023 | Kelly Chang | |
| ✓ 234A | Email 00012824 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| 234B | Email 00012824 Translation | | | Kelly Chang | |
| ✓ 234C | Email 00012824 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 235A | Email 00011905 | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 235B | Email 00011905 Translation | 7/20/2023 | 7/20/2023 | Kelly Chang | |
| ✓ 235C | Email 00011905 Attachment | 7/19/2023 | 7/19/2023 | Kelly Chang | |
| ✓ 237 | Wire and Invoice Focused List | 7/20/2023 | 7/20/2023 | Kelly Chang | |
| ✓ 238 | Wire and Invoice Master List | 7/21/2023 | 7/21/2023 | Kelly Chang | |
| ✓ 239 | New York Tax Records | 7/21/2023 | 7/21/2023 | Kelly Chang, Alexander Ruiz | |
| 240 | Real Property Records | | | Kelly Chang | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 241 | Bank of America Certification #2 | | | Kelly Chang | |
| 242 | Disc of Bank of America Records #2 | | | Kelly Chang | |
| 244 | TD Bank Declaration #1 | | | Kelly Chang | |
| 245 | Disc of TD Bank Records #1 | | | Kelly Chang | |
| 252 | TD Bank Declaration #2 | | | Kelly Chang | |
| 253 | Disc of TD Bank Records #2 | | | Kelly Chang | |
| 260 | Lab Report for Exhibit #14a-bb (00042192) | | | Fracia Martinez | |
| 261 | Lab Report for Exhibit #15a-bb (00042191) | | | Fracia Martinez | |
| 262 | Lab Report for Exhibit #17a-bb (00042193) | | | Fracia Martinez | |
| 263 | Lab Report for Exhibit #16a-bb | | | Rochelle Hranac | |
| 264 | Demonstrative Slideshow | 7/24/2023 | | Joseph Bozenko DR. DUDLEY | |
| ✓265 | BORDER CROSSING FOR DEFENDANT | 7/20/2023 | 7/20/2023 | KEVIN NOVICK | |
| ✓267 | COLLEGE EXPENSES FOR | 7/24/2023 | 7/24/2023 | LORENA ALGREDO | |
| ✓268 | STOREFRONT OF TAX PREPARER | 7/25/2023 | 7/25/2023 | ALEXANDER RUIZ | |