

**FILED**

**JUL 26 2023**

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 21-cr-597 (BAH) |
| JAVIER ALGREDO VAZQUEZ, | Judge Beryl A. Howell |
| Defendant. | |

### VERDICT FORM

**COUNT ONE:** **Conspiracy to Manufacture and Distribute a Controlled Substance, Intending, Knowing, and Having Reasonable Cause to Believe that Such Substance Would be Unlawfully Imported into the United States, 21 U.S.C. §§ 959(a), 960(b)(1)(H), 963**

With respect to the offense of conspiracy to manufacture and distribute methamphetamine, intending, knowing, or having reasonable cause to believe that it would be imported into the United States, we, the members of the jury, unanimously find defendant Javier Algredo Vazquez:

_____ NOT GUILTY          __X__ GUILTY

Amount of Methamphetamine

If you found the defendant guilty of conspiracy to distribute methamphetamine, then you must indicate the amount of methamphetamine for which the defendant was responsible, or which the defendant knew or reasonably could have foreseen would be distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

__X__ 500 grams or more of methamphetamine

_____ 50 grams or more but less than 500 grams of methamphetamine

_____ less than 50 grams of methamphetamine.

**COUNT TWO:** **Conspiracy to Distribute a Listed Chemical for Manufacture and Unlawful Importation of a Controlled Substance, 21 U.S.C. §§ 959(b), 960, 963**

With respect to the offense of conspiracy to distribute methylamine, intending or knowing that it would be used to manufacture methamphetamine and intending, knowing, or having reasonable cause to believe that the methamphetamine would be imported into the United States, we, the members of the jury, unanimously find defendant Javier Algredo Vazquez:

_____ NOT GUILTY          __X__ GUILTY

1

**COUNT THREE:** Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(a)(2)(A), (h)

With respect to the offense of conspiracy to launder a monetary instrument, we, the members of the jury, unanimously find defendant Javier Algredo Vazquez:

\_\_\_\_\_ NOT GUILTY         \_X\_ GUILTY

DATE/TIME: 3:45pm 7/26/23

FOREPERSON'S SIGNATURE