UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :   21 CR 597 (BAH) |
| JAVIER ALGREDO VAZQUEZ | : |
| Defendant. | : |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING HEARING**

Defendant Javier Algredo Vazquez respectfully moves this Court for a continuance of the sentencing hearing in this case, currently scheduled for November 17, 2023, until after January 12, 2024,[1] at a time convenient with the Court's calendar. The continuance is requested because undersigned counsel needs the additional time to adequately and professionally represent her client's interest at the sentencing hearing. The sentencing comes after a jury verdict and undersigned counsel needs to review all the underlying evidence that was presented at the trial in order to make appropriate arguments to this Court. Moreover, this Court issued a Minute Order on November 6, 2023, directing the parties to specify a precise quantity of methamphetamine that the defendant is accountable for based upon the evidence that was presented at the jury trial. Undersigned counsel will need to review the trial transcripts and exhibits in order to fully respond to the Court's Minute Order.

Undersigned counsel has spoken with defendant Javier Algredo and advised him why a continuance is being requested; he indicated that he does not object to a

---

[1] Undersigned counsel also has contested sentencing before this Court on January 12, 2024, in which there are filing deadlines in the next month.

continuance of the sentencing hearing. Government counsel in this case has indicated that they do not object and consents to this continuance request.

    For all of the reasons set forth herein, the defense respectfully request that the Court allow the continuance of the sentencing hearing in this case until after January 12, 2024, on a date amenable to the Court.

    An appropriate draft Order is attached hereto for the Court's consideration.

    Respectfully submitted

*Sandi S. Rhee*

_____
Sandi S. Rhee
Counsel for Raul Flores Hernandez
DC Bar No. 502417
228 S Washington Street
Suite 300
Alexandria, VA 22314
SandiRheeLaw@Gmail.com
(202) 285-8366

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion To Continue The Sentencing Hearing was sent via ecf to government counsel this 9th day of November, 2023.

*Sandi S. Rhee*