UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :     21 CR 597 (BAH) |
| JAVIER ALGREDO VAZQUEZ | : |
| Defendant. | : |

**ORDER**

Upon consideration of the Unopposed Motion to Continue the Sentencing Hearing in this case, currently scheduled for November 17, 2023, and the entire record herein, it is this _____ day of November, 2023

ORDERED, that the motion is granted and the Sentencing Hearing in this case shall be conducted on _____ at _____.

_____
Judge Beryl A. Howell
United States District Judge