UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CRIMINAL NO. 21-CR-597 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **JAVIER ALGREDO VAZQUEZ**, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
TO CONTINUE SENTENCING HEARING**

The Court should deny the Defendant's Motion to Continue the Sentencing Hearing in this case for failure to show good cause. The sentencing hearing in this case was already continued once, from November 17, 2023 to January 26, 2024, on Defendant's motion. *See* Dkt. No. 141; Minute Order dated November 9, 2023. At the time of the last motion for a continuance, the Defendant said, "undersigned counsel needs the additional time … to review the underlying evidence," specifically with regards to determining "the precise quantity of methamphetamine that the defendant is accountable for based upon the evidence that was presented at the jury trial." *See* Dkt. No. 141. In e-mail correspondence with the government on November 8, 2023, defense counsel also represented that she needed a one- to two-week continuance to write a sentencing memorandum, which she had not had the opportunity to prepare because of her work on the matter that went to sentencing on January 12, 2024, before this Court.

More than two months later, the Defendant is citing the two same reasons for needing a continuance—"(2) undersigned counsel has been occupied recently with a complicated sentencing before this Court; and (3) the legal issues presented in this case concerning the amount of drugs attributed to her client are completely new to undersigned counsel and requires significant additional research in order to competently, adequately, and effectively argue at sentencing and

professionally represent her client's interests." Dkt. No. 145 at 1.

The Defendant's third reason for requesting the continuance—the new information that he believes would provide a basis for a renewed motion to set aside the verdict—is not a basis for continuing the sentencing. The Defendant has the right to file a motion for a new trial based on newly discovered evidence within three years of the verdict. Fed. R. Crim. P. 33. Proceeding to sentencing will not affect the Defendant's ability to file such a motion.

For the foregoing reasons, the Court should deny the Defendant's motion, or in the alternative, should continue sentencing for no longer than two weeks, with a directive that this will be the last continuance of the sentencing hearing.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/Kate Naseef
Kate Naseef, Trial Attorney
Nhan Nguyen, Acting Assistant Deputy Chief
Kaitlin Sahni, Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 353-8810
Electronic mail: kate.naseef@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the defendant's counsel on record this 17th day of January 2024.

                                            */s/ Kate Naseef*
                                            Kate Naseef
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice